**SEALED BY ORDER OF THE COURT**

EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON #4532
Chief, Major Crimes

LAWRENCE L. TONG #3040
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Fax:  (808) 541-2958
E-Mail: Larry.Tong@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 02 2005

at ___ o'clock and ___ min. ___ M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. CR05 00222 SOM |
| Plaintiff, | ) | |
| | ) | INDICTMENT |
| vs. | ) | |
| | ) | 18 U.S.C. § 1344 |
| | ) | [Bank Fraud] |
| TAMER SOBHY BENYAMIN SHALABY, | ) | 18 U.S.C. § 1028A |
| | ) | [Aggravated Identity Theft] |
| Defendant. | ) | |

INDICTMENT

COUNT 1

The Grand Jury charges:

1.  From a precise earlier date unknown to the grand jury, but by January 8, 2005, and continuing through on or about January 12, 2005, in the District of Hawaii and elsewhere, TAMER SOBHY BENYAMIN SHALABY did knowingly execute, and attempt to execute, a material scheme and artifice to defraud United

Missouri Bank, a federally chartered and insured financial institution, and to obtain money, funds and credits owned by and under the custody and control of United Missouri Bank by means of false and fraudulent pretenses and representations, and omissions of material fact, all as more fully set forth below.

    2.   TAMER SOBHY BENYAMIN SHALABY obtained personal and financial information for an individual whose initials are "TJW." SHALABY thereafter attempted to obtain the transfer of money from a Fidelity Investments retail brokerage account which TJW maintained at United Missouri Bank, by doing the following:

    a.   SHALABY opened an e-mail account through Hotmail in TJW's name, falsely making it appear as if TJW had opened the account.

    b.   SHALABY opened an account at Paypal, a company which facilitates the on-line transfer of money. SHALABY opened the account in TJW's name, falsely making it appear as if TJW had opened the account.  In order to open the account, SHALABY gave Paypal the United Missouri Bank account number belonging to TJW, a credit card number which had been obtained in TJW's name without his knowledge or consent, and the Hotmail address which SHALABY had created in TJW's name.

    c.   SHALABY then accessed the Paypal computer server, and asked Paypal to initiate a transfer of $48,000 from the United Missouri Bank account belonging to TJW into the Paypal

which SHALABY had created in TJW's name. SHALABY thereby made it appear as if TJW sought the transfer of funds, whereas it was actually done without TJW's knowledge and consent, and was conducted so that SHALABY would ultimately receive the money.

      3. On or about January 12, 2005, in the District of Hawaii and elsewhere, TAMER SOBHY BENYAMIN SHALABY did knowingly execute, and attempt to execute, the aforesaid scheme and artifice to defraud United Missouri Bank by accessing the Paypal computer servers and initiating a request that $48,000 be transferred from a United Missouri Bank account belonging to TJW into a Paypal account which SHALABY had created in TJW's name.

      All in violation of Title 18, United States Code, section 1344.

## COUNT 2

The Grand Jury further charges:

From on or about January 8, 2005, through on or about January 12, 2005, in the District of Hawaii and elsewhere, during and in relation to the commission of the offense alleged in count 1 of this Indictment, TAMER SOBHY BENYAMIN SHALABY did knowingly possess and use, without lawful authority, means of identification of another person, namely, the name, address, bank account number and credit card number of a person whose initials are TJW.

In violation of Title 18, United States Code, section 1028A.

Dated: Honolulu, Hawaii, JUN - 2 2005.

A TRUE BILL

/S/

FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

RONALD G. JOHNSON
Chief, Major Crimes

LAWRENCE L. TONG
Assistant U.S. Attorney

<u>United States v. Tamer Sobhy Benyamin Shalaby</u>
"Indictment"
Cr. No. _____

4