EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

LAWRENCE L. TONG  #3040
Assistant U. S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 51083
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail: Larry.Tong@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00222 SOM |
| Plaintiff, | ) | |
| vs. | ) | ORDER FOR DISMISSAL |
| TAMER SOBHY BENYAMIN SHALABY, | ) | |
| Defendant. | ) | |

ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the District of Hawaii hereby dismisses the Indictment against defendant Tamer Sobhy Benyamin Shalaby on the grounds that the government declines to proceed further with the prosecution at this time.

The defendant is not in custody on the dismissed charges listed above.

DATED: Honolulu, Hawaii, July 5, 2005.

EDWARD H. KUBO, JR.
UNITED STATES ATTORNEY
District of Hawaii

By /s/ Lawrence Tong
LAWRENCE L. TONG
Assistant U.S. Attorney

Leave of court is granted for the filing of the foregoing dismissal.

SUSAN OKI MOLLWAY
UNITED STATES DISTRICT JUDGE
UNITED STATES MAGISTRATE JUDGE

United States v. Tamer Sobhy Benyamin Shalaby
Cr. No. 05-00222 SOM
Order for Dismissal

copies:  United States Marshal
         Federal Bureau of Investigation
         William Domingo, Esq.

2